FILED – USDC – NDTX – SA
JUL 17 '25 PM2:37 CL

## AO 440 (Rev. 06/12) Summons in a Civil Action

To: Constable Carlos Martinez

Address: 907 Avenue D, P.O. Box 1501, Ozona, TX 76943

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it)...

Filed on behalf of: Joshua Coby Clem, Pro Se

Address: P.O. Box 553, Ozona, TX 76943